UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL CORNISH, et al.,<br><br>  Plaintiffs,<br><br>v.<br><br>DANIEL CORNISH, et al.,<br><br>  Defendants. | Case No.: 19-CV-0968 W (NLS)<br><br>**ORDER ON NOTICE OF VOLUNTARY DISMISSAL [DOC. 20]** |

Plaintiffs have filed a notice of voluntary dismissal of this action without prejudice pursuant to Fed. R. Civ. P. 41(a)(1).  [Doc. 20.]  This action is dismissed.  In light of the dismissal, the Court's order to show cause is **VACATED**.  [Doc. 10.]

The Clerk is directed to close the case.

**IT IS SO ORDERED.**

Dated: June 3, 2019

_____
Hon. Thomas J. Whelan
United States District Judge